IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PAMELA CARGILE )
)
v. ) NO. 3:15-1481
)
PARALLON ENTERPRISES, LLC - )
NASHVILLE PHYSICIAN SERVICES )

O R D E R

Before the Court is the joint motion to correct the case caption in this action to reflect the proper name of Defendant. (Docket Entry No. 8). The motion is GRANTED.

The Clerk of Court shall replace the name of the Defendant currently named as HCA Physician Services, Inc. to Parallon Enterprises, LLC - Nashville Physician Services. All filings hereinafter shall reflect the corrected name of Defendant.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge